# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian J. Manick, | Case No. 0:22-cv-03140-JWB-LIB |
| Plaintiff, | |
| v. | **L.R. 7.1 WORD COUNT CERTIFICATE OF COMPLIANCE** |
| Research and Diagnostic Systems, Inc., a/k/a R&D Systems, Inc. and Bio-Techne Corporation, | |
| Defendants. | |

The undersigned hereby certifies that this brief conforms to the requirements of L.R. 7.1(f). The length of this brief is 3,666 words. It was prepared using Microsoft Office 365 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Date: November 7, 2023

*s/Janet M. Dorr*
Ashley R. Thronson (#0395947)
Janet M. Dorr (#0393311)
Teresa M. Thompson (#0248940)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
athronson@fredlaw.com
jolawsky@fredlaw.com
tthompson@fredlaw.com

***Attorneys for Defendants***